PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel*, Terry Goldberg,<br><br>        Plaintiffs,<br><br>v.<br><br>SACRAMENTO HEART AND VASCULAR MEDICAL ASSOCIATES, PHILIP M. BACH, M.D., PHILIP M. BACH, M.D., INC., AND DOES 1-100,<br><br>        Defendants. | CASE NO. 2:19-CV-0992 JAM JDP<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

The United States and the State of California having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), California Government Code Section 12652, and California Insurance Code Section 1871.7, the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The United States and the State of California's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California, as provided for in 31 U.S.C. § 3730(c)(3) and in California Government Code section 12652 and Insurance Code section 1871.7. The United States and the State of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California;

6. All orders of this Court shall be sent to the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the Attorney General and the Insurance Commissioner on behalf of the State of California with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: June 28, 2022

HONORABLE JOHN A. MENDEZ
United States Senior District Judge

[PROPOSED] ORDER

1