

United States District Court
Eastern District of California

| U.S. ex rel. GOLDBERG, and Cal. ex rel. GO | Case Number: | 2:19-CV-0992 |

Plaintiff(s)

V.

SACRAMENTO HEART AND VASCULAR M

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ray Mangum hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Sacramento Heart & Vascular Med. Assocs., Philip M. Bach, M.D., Philip M. Bach, M.D., Inc.

On 08/05/2013 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/21/2022    Signature of Applicant: /s/ Ray Mangum

**Pro Hac Vice Attorney**

Applicant's Name: Ray Mangum

Law Firm Name: Sidley Austin LLP

Address: 1501 K Street NW

City: Washington  State: DC  Zip: 20005

Phone Number w/Area Code: (202) 736-8839

City and State of Residence: Alexandria, VA

Primary E-mail Address: rmangum@sidley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: William A. Sarraille

Law Firm Name: Sidley Austin LLP

Address: 1501 K Street NW

City: Washington  State: DC  Zip: 20005

Phone Number w/Area Code: (202) 736-8000  Bar #: 144122

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 21, 2022

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT