SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
KEVIN J. BOUTIN (SBN 334965)
kboutin@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Relator Terry Goldberg*

FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3115
Facsimile: (415) 986-8054

WILLIAM A. SARRAILLE (SBN 431872)
wsarraille@sidley.com
RAY MANGUM (pro hac vice)
rmangum@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736 8195
Facsimile: (202) 736 8711

*Attorneys for Defendants Sacramento Heart and Vascular Medical Associates Philip M. Bach, M.D., and Philip M. Bach, M.D., Inc*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TERRY GOLDBERG and STATE OF CALIFORNIA, *ex rel.* TERRY GOLDBERG<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO HEART AND VASCULAR MEDICAL ASSOCIATES., a California corporation; PHILIP M. BACH, M.D., an individual; PHILIP M. BACH, M.D., INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00992-DJC-JDP<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER** |

**JOINT STIPULATION OF DISMISSAL; Case No. 2:19-cv-00992-DJC-JDP**

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Pursuant to a settlement agreement between Terry Goldberg ("Relator") and Sacramento Heart & Vascular Medical Associates ("Sacramento Heart") (collectively, the "Parties"), the Parties have resolved the claims herein. The Parties therefore stipulate and agree that the claims be dismissed with prejudice to the relator and without prejudice to the United States and the State of California, as per the proposed order that is attached hereto.

Dated: December 19, 2023    **COTCHETT, PITRE & McCARTHY LLP**

By: */s/ Kevin J. Boutin*
SARVENAZ J. FAHIMI
KEVIN J. BOUTIN

*Attorneys for Relator Terry Goldberg*

Dated: December 19, 2023    **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Myles Lanzone* (as authorized on 12/18/23)
FLETCHER C. ALFORD
KEVIN LIU
MYLES LANZONE

*Attorneys for Defendants Sacramento Heart and Vascular Medical Associates, Philip M. Bach, M.D., and Philip M. Bach, M.D., Inc.*

# ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), Terry Goldberg and Sacramento Heart & Vascular Medical Associates ("Sacramento Heart") (collectively, the "Parties") have filed a Joint Stipulation of Dismissal in accordance with the terms of a settlement agreement ("Agreement") entered into among the Parties effective as of November 28, 2023.

Upon consideration of the Joint Stipulation of Dismissal, it is hereby ORDERED that, subject to the terms and conditions of the Agreement:

1. All claims asserted in this action, including claims asserted on behalf of the United States or the State of California, are dismissed with prejudice as to Relator.

2. All claims in this action asserted on behalf of the United States are dismissed without prejudice as to the United States.

3. All claims in this action asserted on behalf of the State of California are dismissed without prejudice as to the State of California.

IT IS SO ORDERED.

Dated:  December 20, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE